# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# ST. JOSEPH DIVISION

RAY DARWOOD HENRY,          )
                                    )
                Plaintiff,      )
                                    )
v.                                    ) No. 06-6125-CV-SJ-FJG
                                    )
JAMES RUSSELL,            )
                Defendant.     )

# ORDER

On July 7, 2011, the Court directed the parties to file a status report with the Court on or before August 4, 2011, outlining the progress which has been made regarding settlement of this case. The parties filed their status report indicating that discussions had been ongoing between counsel and they believed that a settlement could be reached. However, to date, the parties have not been able to finalize the settlement. Accordingly, the Court will conduct a telephone conference with the parties on **October 4, 2011** at **9:00 a.m.** to discuss the status of this case. Counsel for plaintiff shall initiate the telephone call to the Court at (816) 512-5630 after securing all parties on the line.

Defendant's second motion in limine filed before the case was settled, is hereby **DENIED** as **MOOT** (Doc. # 205).

Date: 9/16/2011
Kansas City, Missouri

**S/ FERNANDO J. GAITAN, JR.**
Fernando J. Gaitan, Jr.
Chief United States District Judge